| DIST. | OFF. | DOCKET YR. | DOCKET NUMBER | FILING DATE MO | DAY | YEAR | J | N/S | O | D PTF | DEF | R 23 | $ DEMAND (Nearest $1,000) | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 2 | 83 | 2333 | 06 | 27 | 83 | 3 | 440 | 1 | | | | 2400 | 2508 J M | 99999 | | 83 | 2333 |

### PLAINTIFFS

ROSS UNIVERSITY SCHOOL OF MEDICINE, an educational institution chartered by the Government of Dominica, West Indies, and LOUIS M. PACKER, M.D.

### DEFENDANTS

WEST VIRGINIA BOARD OF MEDICINE, AND HOLROYD, FRANK J., M.D., WEEKS, HARRY S., Jr., M.D., HANSBERGER, L. CLARK, M.D., AHMED, M. JAMIL, M.D., BLANKENSHIP, Mrs. CLAUDE, BOWYER, RICHARD REV., CATTERSON, ELAINE, M.D., GOW, ROBERT C., M.D., GROVE, FRANCES S., HARTMAN, IRA F. II, M.D., HARWARD, THOMAS, MAY, BILL P., D.P.M., SIMMINS, LEONARD, D.P.M., SKAGGS, JOSEPH, M.D., and YURKO, ANTHONY A., JR., M.D., individually and in their capacities as members of the West Virginia Board of Medicine, and WEST VIRGINIA UNIVERSITY SCHOOL OF MEDICINE, its faculty, administration, employees, and agents

WEST VIRGINIA BOARD OF REGENTS, a corporation (added as per amended complaint filed 07/12/83)

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 USC § 1983, 1985. Pltfs allege that Defts have failed to license a medical doctor.

### ATTORNEYS

Bernard Joseph Ferguson
60-10 Roosevelt Avenue
Woodside, New York  11377
(212) 429-5600
Robert R. Harpold, Jr.
1701 Charleston National Plaza
Charleston, WV  25301
(304) 342-1111

Richard L. Earles
Assistant Attorney General
Room 26-E State Capitol
Charleston, WV  25305

### FILING FEES PAID

| | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|
| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | 06/27/83 | #6178 | 100933 |

### STATISTICAL CARDS

| CARD | DATE MAILED |
|---|---|
| JS-5 | |
| JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 7/80)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1983 | | | |
| Jun 27 | 1 | COMPLAINT: issued summons + 17 copies, ret. 20 days. | slw |
| Jun 27 | 2 | CERTIFICATE OF GOOD STANDING of Bernard Joseph Ferguson. | slw |
| Jun 30 | 3 | MOTION by Pltfs for Preliminary Injunction, with notice and certificate of service attached. | ras |
| Jul 8 | 4 | MOTION by Defts for Enlargement of Time, with certificate of service attached. | ras |
| Jul 12 | 5 | AMENDED COMPLAINT. | ras |
| Jul 12 | 6 | CERTIFICATE OF SERVICE in re Amended Complaint. | ras |
| Jul 12 | 7 | MOTION by Pltfs for Preliminary Injunction, with notice and certificate of service attached. | ras |
| Jul 12 | 8 | MOTION by Defts for Production, Inspection and Entry Onto the Premises, with certificate of service attached. | ras |
| Jul 15 | 9 | MOTION by Defts for Enlargement of Time to Answer Amended Complaint, with certificate of service attached. | ras |
| Jul 20 | 10 | MOTION by Deft (WV Board of Medicine) to Modify Subpoena Duces Tecum Directed to the Said Deft, with notice and certificate of service attached. | ras |
| Jul 26 | 11 | MOTION by Deft (WV Board of Regents) to Modify Subpoena Duces Tecum Directed to the Said Deft, with notice and certificate of service attached. | ras |
| Jul 29 | 12 | MEMORANDUM OF LAW by Defts in Opposition to Pltfs' Motion for Preliminary Injunction. | ras |
| Aug 2 | 13 | RESPONSE by Pltfs to Defts' Motion to Modify Subpoena Duces Tecum Directed to WV Board of Medicine. | ras |
| Aug 4 | 14 | REQUEST by Defts for Production of Documents. | ras |
| Aug 8 | 15 | RESPONSE by Pltfs to Request for Production, Inspection and Entry Onto the Premises. | ras |
| Aug 8 | 16 | MEMORANDUM OF LAW by Pltfs in Support of Motion to Quash Deft's Subpoena for the Production of Documents. | ras |
| Aug 8 | 17 | MOTION by Pltfs to Quash Subpoena for Production of Documents. | ras |
| Aug 8 | 18 | CERTIFICATE OF SERVICE. | ras |
| Aug 12 | 19 | RESPONSE by Pltfs to Request for Production of Documents and Things for Inspection, Copying and Photographing. | ras |
| Aug 12 | 20 | REQUEST by Pltfs for Production of Documents and THings for Inspection, Copying or Photographing. | ras |
| Aug 12 | 21 | CERTIFICATE OF SERVICE. | ras |
| Aug 15 | 22 | MOTION by Pltf (Ross University) to Quash Subpoena for the Production of Documents, with certificate of service attached. | ras |
| Aug 15 | 23 | ANSWER of Defts to Amended Complaint. | ras |
| Aug 23 | 24 | DEMAND by Defts for Jury Trial with certificate of service attached. | slw |
| Oct 3 | 25 | ORDER(2508): Directing that document responsive to paragraph 9 of a subpoena duces tecum to the WV Board of Medicine be received and held by the court for its _in camera_ inspection. (EOD 10/04/83). cc: atys. | slw |
| Oct 3 | 26 | ORDER(2508): (1) continuing hearing for a pre. injunc. to 11/08/83; (2) pltfs shall file a response to defts' memo in opposition to pltfs' motion for a pre. injunc. on or before 10/7/83 with a reply thereto before 10/14/83; | |

SEE PAGE TWO (2)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                                   FPI—MAR—7·14·80·70M·4398

| PLAINTIFF | DEFENDANT | DOCKET NO. 83-2333 |
|---|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE | WV BOARD OF MEDICINE, et al | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1983** | | | |
| Oct 3 | 26 | continued....(3) discovery pertinent to pltfs' motion for a pre. injunc. shall be completed on or before 10/25/83; (4) parties shall submit a proposed pre-hearing order on or before 10/21/83. (EOD 10/04/83). cc: atys. | slw |
| Oct 4 | 27 | NOTICE to take Depositions & Production of Documents of; Louis M. Packer, M.D., Robert Ross and James E. Cassidy. | reb |
| Oct 4 | 28 | DEFT 1st NOTICE of Motion & Motion to Compel. | reb |
| Oct 11 | 29 | MOTION by Pltfs to Exclude Persons from Taking of Deposition and That Deposition Be Kept Sealed. | ras |
| Oct 11 | 30 | MOTION by Pltfs for Order That Deposition Not Be Taken. | ras |
| Oct 11 | 31 | NOTICE to Take Deposition of Frank J. Holroyd, M.D. | ras |
| Oct 11 | 32 | NOTICE to Take Deposition of Betty Kirkwood. | ras |
| Oct 11 | 33 | NOTICE to Take Deposition of Nancy Clay. | ras |
| Oct 11 | 34 | NOTICE to Take Deposition of Dr. Jones. | ras |
| Oct 11 | 35 | AFFIDAVIT of Bernard Joseph Ferguson in Opposition to Defts' Motion to Compel Production of Documents. | ras |
| Oct 11 | 36 | AFFIDAVIT of James Cassidy in Support of Motion for Order That Deposition Not Be Taken. | ras |
| Oct 11 | 37 | CERTIFICATE OF SERVICE. | ras |
| Oct 14 | 38 | REPLY by Defts to Pltfs' Memorandum of Law. | ras |
| Oct 24 | 39 | ORDER (2508): Granting defts' motion to compel production, with exceptions; deferring ruling on motion by deft (Board of Medicine) to modify subpoena duces tecum; withdrawing motion by deft (Board of Regent) to modify subpoena duces tecum; denying pltfs' motion for order that deposition of Robert Ross not be taken; denying pltfs' motion to exclude persons from taking of deposition and that deposition be kept sealed. (EOD 10/26/83) cc: atys | ras |
| Oct 28 | 40 | ORDER (2508): Dismissing action with prejudice; each party to bear own costs; striking action from the docket of the court. (EOD 10/31/83) cc: atys | ras |
| | | CLOSED | |
| Apr 04 | 41 | COURTREPORTER'S NOTES of 10/14/83 (Steinke). | ras |